**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PETER DELVECCHIO, INDIVIDUALLY AND
AS REPRESENTATIVE OF A CLASS OF
SIMILARLY SITUATED PERSONS,
                            Plaintiff,

        -against-                                    17 **CIVIL** 10051 (AKH)

## JUDGMENT

METROPOLITAAN TRANSPORTATION
AUTHORITY,
                            Defendant.
-------------------------------------------------------------X



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2018, Plaintiffs' pleadings are insufficient to establish the required number of proposed class members under CAFA, 28 U.S.C. 1332(d)(5)(B), or alternatively, under its amount in controversy requirements. 28 U.S.C. 1332(d)(2). Individual Plaintiff DelVecchio also fails to meet the jurisdictional amounts in controversy under the general diversity statute. 28 U.S.C. 1332(a); Defendant's motion to dismiss is granted; judgment is entered to the defendant, the complaint is dismissed, and the Clerk shall tax costs.

**Dated:** New York, New York
          October 15, 2018

                                                      **RUBY J. KRAJICK**
                                                       Clerk of Court
                                       BY:
                                                       Deputy Clerk

                                                       THIS DOCUMENT WAS ENT
                                                       ON THE DOCKET ON 10/15/2018